# Strategic Student Solution

8461 Lake Worth Rd. #467 Lake Worth, Fl 33467

WWW.STRATEGICSTUDENTSOLUTION.COM       TOLL FREE: 877-404-4835       INFO@STRATEGICSTUDENTSOLUTION.COM

UNITED STATES DISTRICT COURT
For the
Central District of California

Glen Jagodzinski,
    Plaintiff,

v.

STRATEGIC STUDENT
SOLUTIONS, LLC
Defendant,

Civil action File No.
2:16-cv-01329-TJH (Ex)

## ANSWER TO COMPLAINT

COMES NOW, Defendant, Strategic Student Solutions, having been served by the sheriff and file this Answer to Complaint and further states:

1. Strategic Student Solutions, LLC does not own, has possession of, or controls any automatic dialing systems.
2. Strategic Student Solutions, LLC utilizes third party marketing companies to which there is no affiliation or agency relationship.
3. No solicitation calls are generated by Strategic Student Solutions, LLC
4. Strategic Student Solutions has no knowledge of the origin of said call
5. No violation of the Telephone Consumer Protection Act (TCPA) was committed

WHEREFORE, Defendant requests that the Court dismiss the allegations for the reasons set forth above.

Respectfully submitted,

Dave Green

I CERTIFY that a copy of the foregoing was furnished by U.S. Mail to Trinette G. Kent, Esquire, Attorney for the Plaintiff, Lemberg Law, LLC, 43 Danbury Road, Wilton, CT 06897, this 12th day of April, 2016.

Dave Green
Strategic Student Solutions
1489 W. Palmetto Park Road
Suite 467
Boca Raton, FL 33486
TEL: 877-404-4835
FAX: 877-799-7094

# PRIORITY MAIL EXPRESS

**USPS EXPRESS MAIL — UNITED STATES POSTAL SERVICE**

OUR FASTEST SERVICE IN THE U.S.

LABEL 119

PS 1000 1000 0006
EP13F July 2013  OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

#12

---

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)
STRATEGIC STUDENT SOLUTIONS
1489 WEST PALMETTO PARK RD
STE 467
BOCA RATON, FL 33486

**PAYMENT BY ACCOUNT** (if applicable)
USPS Corporate Acct. No. / Federal Agency Acct. No. or Postal Service Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
- SIGNATURE REQUIRED
- No Saturday Delivery
- Sunday/Holiday Delivery Required
- 10:30 AM Delivery Required

**TO:** (PLEASE PRINT)
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA
90012-4701

- For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PO ZIP Code:** 33486
**Date Accepted:** 4/12
**Time Accepted:** 12:46 PM
**Weight:** X Flat Rate

**Scheduled Delivery Date:** 4/13
**Scheduled Delivery Time:** 3:00 PM
**Postage:** $22.95
**Total Postage & Fees:** $22.95

**Acceptance Employee Initials:** JM

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

APR 13 2016
CENTRAL DISTRICT
LOS ANGELES U.S. DIST...
RECEIVED

EL 304 234 420 US

LABEL 11-B, SEPTEMBER 2015  PSN 7690-02-000-9996  1-ORIGIN POST OFFICE COPY

---

U.S. POSTAGE PAID
BOCA RATON, FL 33486
APR 12 16
AMOUNT
$22.95
R2304H108348-02

1007
90012





VISIT US AT USPS.COM