# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| GLEN JOGODZINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>STRATEGIC STUDENT SOLUTIONS, LLC,<br><br>    Defendant. | CV 16-01329 TJH (Ex)<br><br>Order<br><br>[12] |

    The Court has considered Plaintiff's motion to strike Defendant's answer, for entry of default, and to vacate the final pre-trial conference date, together with the moving papers.

    It is well settled that a limited liability company, such as Defendant, may not appear *pro se,* and must be represented by an attorney admitted to practice before this Court. *See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004). Nevertheless, Defendant filed its answer *pro se*.

    Accordingly,

    It is Ordered that Defendant's answer be, and hereby is, Stricken.

    It is further Ordered that Defendant has until July 29, 2016, to file an amended answer through counsel.

**It is further Ordered** that the request for entry of default and to vacate the final pre-trial conference date be, and hereby are, **Denied** with leave to renew if Defendant does not file an amended answer by July 29, 2016.

Date: June 30, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge